UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OFFICER PAMELA LEE, CANDACE BATTEN-LEE, OFFICER TERESA WELBORN, ELIZABETH J. PIETTE, BATALLION CHIEF RUTH MORRISON, MARTHA LEVERETT, SERGEANT KAREN VAUGHN-KAJMOWICZ, TAMMY VAUGHN-KAJMOWICZ and J. S. V., T. S. V. and T. R. V. BY THEIR PARENTS AND NEXT FRIENDS, SERGEANT KAREN VAUGHN-KAJMOWICZ and TAMMY VAUGHN-KAJMOWICZ<br><br>Plaintiffs,<br><br>-vs-<br><br>MIKE PENCE, in his official capacity as Governor of the State of Indiana; BRIAN ABBOTT, CHRIS ATKINS, KEN COCHRAN, STEVE DANIELS, JODI GOLDEN, MICHAEL PINKHAM, KYLE ROSEBROUGH and BRET SWANSON, in their official capacities as members of the Board of Trustees of the Indiana Public Retirement System; and STEVE RUSSO, in his official capacity as Executive Director of the Indiana Public Retirement System,<br><br>Defendants. | Cause No: 1:14-cv-00406-JMS-DKL |

**AFFIDAVIT OF OFFICER PAMELA LEE AND CANDACE BATTEN-LEE**

Pamela Lee and Candace Batten Lee, being of lawful age and being duly sworn state as follows:

1. We are over the age of eighteen, competent to testify in these proceedings and have personal knowledge of the facts and matters



EXHIBIT: A

Affidavit of Office Pamela Lee and Candace Batten-Lee
Page 2

contained within this affidavit.

    2.    Officer Pamela Lee and Candace Batten-Lee have been together as a couple for nearly 26 years. On October 25, 2013, Officer Lee and Candace were married in San Diego, California.

    3.    Officer Lee is an active member of the 1977 Police Officers' and Firefighters' Pension and Disability Fund ("Pension Fund").

    4.    On or about January 27, 2014, Office Lee completed the Application for Beneficiary Designation to designate Candace as her spouse. Officer Lee affirms that a true and correct copy of the Application for Beneficiary Designation she completed is attached hereto as Exhibit 1. The Pension Fund has never responded to Officer Lee's application.

    5.    Officer Lee served on active duty for three years in the United States Army as a military police officer before she was honorably discharged. Following her discharge, she worked as a police officer in Kansas City, Missouri for three years later. Shethen joined the Indianapolis Police Department in Indianapolis, Indiana which ultimately merged into the Indianapolis Metropolitan Police Department ("IMPD"). Officer Lee has served as an officer with the IMPD for over 19 years.

    6.    Officer Lee is a patrol officer and her duties include taking radio runs, serving traffic warrants and participating in narcotics investigations, among other activities. She wears a bullet proof vest

Affidavit of Office Pamela Lee and Candace Batten-Lee
Page 3

everyday to work.

7. Officer Lee says it is the unknown that poses the greatest danger to her personal safety and life: "I never know how the drug dealer or the party being arrested on the warrant is going to react once they figure out I am a police officer. Responding to domestic violence calls are dangerous because I don't know the parties' state of mind or if they armed and it is always dangerous walking-up to cars that are stopped because I do not know if the car's occupants are armed or not."

8. In Indianapolis, while performing traffic stops, Office David Moore and Officer Jake Laird were shot and killed and Officer Michael Antonelli had an eye shot out. In 2014, four IMPD officers with the warrant detail that Officer Lee regularly works were shot. The IMPD is experiencing budget problems which means fewer officers and that means Officer Lee is being dispatched into more and more situations alone and without back-up.

9. Candace Batten-Lee worked for 15 years as a payroll supervisor with the airline ATA before it closed its doors in Indianapolis. At that time, Candace's mother had been diagnosed with early onset dementia and Officer Lee and Candace decided that Candace would stay at home to care for her mother and to provide day care for her nieces. Candace states: "If I had to keep regular hours in an office, I do not know how I would be able to care for my mother." Thus Officer Lee is the

3

Affidavit of Office Pamela Lee and Candace Batten-Lee
Page 4

primary bread winner.

10. Candace is well aware of the danger faced daily by Officer Lee. As Candace observes: "Every day, as she heads out the door to work, there is a part of me that thinks this could be the last time I see her." In turn, because Officer Lee regularly confronts dangerous situations, she is worried about what will happen to Candace - both emotionally and financially - if anything happens to Officer Lee.

11. Officer Lee says that her stress and worry are increased because she knows that if anything happens to Officer Lee, the State of Indiana and will not provide Candace with financial support as it will the spouses of officers who are married to persons of the opposite sex.

12. Officer Lee states: "If anything happens to me, Candace will be so upset that the last thing she will be able to handle is fight a battle over money yet she is going to need that money and through my death, particularly if I am killed in the line of duty, I will have earned Candace the right to financial support. This is why the law must be changed."

Further affiants sayeth not.

*(Affirmation on Next Page)*

Affidavit of Office Pamela Lee and Candace Batten-Lee
Page 5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __18__, 2014.

_____
Officer Pamela Lee, Affiant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __18__, 2014.

_____
Candace Batten-Lee, Affiant