

**APPLICATION FOR BENEFICIARY DESIGNATION FOR ACTIVE MEMBER**
State Form 54276 (R3 / 9-13)

INDIANA PUBLIC RETIREMENT SYSTEM
1977 POLICE OFFICERS' & FIREFIGHTERS'
PENSION & DISABILITY FUND
1 North Capitol Avenue, Suite 001
Indianapolis, IN 46204
Telephone: (888) 526-1687 (Toll-free)
Fax: (866) 591-9441 (Toll-free)
E-mail: questions@inprs.in.gov
Web site: www.inprs.in.gov

\* This agency is requesting disclosure of Social Security numbers in accordance with Internal Revenue Code 3405; disclosure is mandatory and this form cannot be processed without it.

### INSTRUCTIONS

1. Remove the instruction pages included with this application prior to returning the completed application to the Indiana Public Retirement System (INPRS) at the address shown on this form.
2. Type or print using black ink. Complete all information and place the Member's name and Social Security number at the top of each page as requested.
3. Include an English translation of all foreign documents.
4. This application must be signed and dated by the member, including any additional beneficiary designation pages.
5. This application must be witnessed by someone who is not a beneficiary.
6. This completed form may be delivered to the lobby of INPRS at the address indicated on the form. Lobby hours are 8 a.m. to 5 p.m. on weekdays. The agency is closed on weekends and holidays, including all State-designated holidays.
7. Questions or changes? Call customer service, toll-free, at (888) 526-1687, Monday – Friday, 8 a.m.- 8 p.m. EST.

### INFORMATION

A fund member may designate one or more beneficiaries to receive in a lump sum of any owed member contributions plus interest if the fund member dies without receiving a retirement benefit, a disability benefit, without a survivor entitled to receive a benefit and without the board returning the fund member's contributions.

If you want to name additional beneficiaries, you may attach copies of the pages containing the necessary information. Be certain to indicate there are additional pages. Each page must be signed and dated by the member and witnessed by someone who is not a beneficiary.

### MEMBER INFORMATION

| Member's name | Social Security number* | Pension ID (PID) number |
|---|---|---|
| Pamela Ann Lee | 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 | 000427329 |

| Address | Telephone number with area code | Other telephone number with area code |
|---|---|---|
| 11431 Grace Terrace | 317-340-8708 | |

| City | State | ZIP Code | E-mail address |
|---|---|---|---|
| Indianapolis | Indianapolis | 46236 | L4055@indygov.org |

### PRIMARY BENEFICIARY DESIGNATION

| Beneficiary's name | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|
| Candace Susan Batten-Lee | 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 | 05/27/1962 |

| Address | Telephone number with area code |
|---|---|
| 11431 Grace Terrace | 317-340-8304 |

| City | State | ZIP Code | Relationship to member |
|---|---|---|---|
| Indianapolis | Indiana | 46236 | SPOUSE |

| Beneficiary's name | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|
| | | |

| Address | Telephone number with area code |
|---|---|
| | |

| City | State | ZIP Code | Relationship to member |
|---|---|---|---|
| | | | |

| Beneficiary's name | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|
| | | |

| Address | Telephone number with area code |
|---|---|
| | |

| City | State | ZIP Code | Relationship to member |
|---|---|---|---|
| | | | |

☐ Check here if there are more than three (3) Primary Beneficiary Designations. Copy this page and include it with your submission.

EXHIBIT: /

| Member's name | Social Security number* | Pension ID (PID) number |
|---|---|---|
| Pamela Ann Lee | 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 | 000427329 |

### PRIMARY BENEFICIARY DESIGNATION (Continued)

| Member's signature | | Date (mm/dd/yyyy) |
|---|---|---|
| *Pamla Ann Lee* | | 12/09/2013 |
| Witness' signature *Robert Chandler* | Printed witness' name Robert Scott Chandler | Date (mm/dd/yyyy) 12/09/2013 |

### CONTINGENT BENEFICIARY DESIGNATION

| Beneficiary's name | | | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|---|---|
| Brenda Ann Batten | | | 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 | 06161954 |
| Address | | | Telephone number with area code | |
| 403 Bamboo Lane | | | 215-901-1830 | |
| City | State | ZIP Code | Relationship to member | |
| Largo | Florida | 33770 | Sister-in-law | |

| Beneficiary's name | | | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | | | |
| Address | | | Telephone number with area code | |
| City | State | ZIP Code | Relationship to member | |

| Beneficiary's name | | | Social Security number | Date of birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | | | |
| Address | | | Telephone number with area code | |
| City | State | ZIP Code | Relationship to member | |

☐ Check here if there are more than three (3) Contingent Beneficiary Designations. Copy this page and include it with your submission.

| Member's signature | | Date (mm/dd/yyyy) |
|---|---|---|
| *Pamla Ann Lee* | | 12/09/2013 |
| Witness' signature *Robert Chandler* | Printed witness' name Robert Scott Chandler | Date (mm/dd/yyyy) 12/09/2013 |

### MEMBER AFFIDAVIT

In accordance with the provisions of Indiana Code § 36-8-8-24, I designate my beneficiary or beneficiaries as shown on this application. If the primary beneficiary or beneficiaries herein designated survive me, they shall receive a lump sum of any owed member contributions plus interest if I die without receiving a retirement benefit, a disability benefit, without a survivor entitled to receive a benefit and without the board returning the fund member's contributions [IC 36-8-8-24 (a)(4)].

If the primary beneficiary or beneficiaries do not survive me, then the contingent beneficiary or beneficiaries shall receive such funds. If none survive me, then the beneficiary shall be my estate. If no designation is made, any monies due would be payable to my estate. I reserve the right to change the primary or contingent beneficiaries at any time prior to my retirement, disability retirement, or death by filing a *Change of Beneficiary* (State Form 1856) with the Board of Trustees of the Fund. Such a change must be received and accepted by the Fund for it to become effective.

| Member's signature | Date (mm/dd/yyyy) |
|---|---|
| *Pamla Ann Lee* | 12/09/13 |