UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OFFICER PAMELA LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) CAUSE NO: 1:14-cv-00406-RLY-MJD |
| | ) |
| BRIAN ABBOTT, *et al.*, | ) |
| | ) |
| Defendants . | ) |

**NOTICE TO COURT**

Plaintiffs, by their counsel of record, hereby notify the Court that they have reached agreement regarding the amount of fees owed to them as prevailing parties under 42 U.S.C. 1988, and that payment of those fees has been received.  Thus, Plaintiffs' claims for attorney's fees and costs in this matter have been fully resolved and satisfied.

Respectfully submitted,

| | |
|---|---|
| */s/ Karen C. Horseman* | */s/ William R. Groth* |
| Karen C. Horseman | William R. Groth |
| OF COUNSEL, AUSTIN & JONES, P.C. | FILLENWARTH DENNERLINE GROTH & TOWE, LLP |
| One North Pennsylvania, Ste. 220 | 429 E. Vermont Street, Suite 200 |
| Indianapolis, IN 46204 | Indianapolis, IN  46202 |
| Telephone: (317) 632-5633 | Telephone:  (317) 353-9363 |
| Fax: (317) 630-1040 | Fax:  (317) 351-7232 |
| E-mail: karen@kchorseman.com | E-mail: wgroth@fdgtlaborlaw.com |

| | |
|---|---|
| /s/ Mark W. Sniderman | /s/ Kathleen M. Sweeney |
| Mark W. Sniderman | Kathleen M. Sweeney |
| SNIDERMAN NGUYEN, LLP | SWEENEY HAYES, LLC |
| 40 S. Meridian St., Ste. 400 | 141 E. Washington St., Ste. 225 |
| Indianapolis, IN 46204 | Indianapolis, IN  46204 |
| Telephone: (317) 361-4700 | Telephone: (317) 491-1050 |
| Fax: (317) 464-5111 | Fax: (317) 491-1043 |
| E-mail:  mark@snlawyers.com | E-mail:  ksween@gmail.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice to Court was filed electronically on the 19th day of February, 2015.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties and counsel may access this filing through the Court's System.

Thomas M. Fisher                                    Email: Tom.Fisher@atg.in.gov
Solicitor General
Office of the Attorney General
302 W. Washington St.,
IGCS 5th Floor
Indianapolis, IN  46204-2770


　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William R. Groth
　　　　　　　　　　　　　　　　　　　　　　　　　　　　William R. Groth

p/16/jl